JAP:CLN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**14 M 568**

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

COMPLAINT AND
AFFIDAVIT IN SUPPORT OF
- against -  APPLICATION FOR
ARREST WARRANT

CHRISTHIAN GALARZA,  (18 U.S.C. § 751(a))

Defendant.

- - - - - - - - - - - - - - x

EASTERN DISTRICT OF NEW YORK, SS:

ELBA RAPALO, being duly sworn, deposes and states that she is a Deputy United States Marshal duly appointed according to law and acting as such.

Upon information and belief, on or about June 14, 2014, within the Eastern District of New York, the defendant CHRISTHIAN GALARZA, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

(Title 18, United States Code, Section 751(a))

The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

1. On or about August 7, 2007, the defendant CHRISTHIAN GALARZA was sentenced by the Honorable Joanna Seybert of the United States District Court for the Eastern District of New York to a term of 125 months imprisonment and was remanded to the custody of the Attorney General of the United States. The defendant was sentenced in connection with a conviction for interference with commerce by threat or violence, in violation of Title 18, United States Code, Section 1951(a).

2. On or about February 25, 2014, the defendant CHRISTHIAN GALARZA was transferred from Federal Correctional Institution ("FCI") Fort Dix in New Jersey to the Brooklyn Residential Reentry Center ("Brooklyn RRC"), a halfway house. Upon his arrival at the Brooklyn RRC, the defendant was provided with a copy of the Brooklyn RRC rule book and was advised of the program rules and regulations. The defendant's term of custody was scheduled to be completed on or about August 19, 2014.

3. On June 13, 2014, the defendant CHRISTHIAN GALARZA commenced a weekend home pass, with a Brooklyn RRC return date of June 15, 2014. On the morning of June 14, 2014, a woman called the Brooklyn RRC to report that the defendant CHRISTHIAN GALARZA came by her residence appearing drunk, struck her, and then stole her cellular phone before leaving.

4. Later that day, the Brooklyn RRC contacted the defendant CHRISTHIAN GALARZA and ordered him to return to the Brooklyn RRC. The defendant CHRISTHIAN GALARZA stated that he would not return and that the Brooklyn RRC should contact the U.S. Marshals to pick him up.

5. The defendant CHRISTHIAN GALARZA returned to the Brooklyn RRC later that day, at approximately 12:30 p.m. At approximately 12:43 p.m., the defendant

CHRISTHIAN GALARZA left the Brooklyn RRC without permission. He was placed on Escape status at that time.

6. As of this date, the defendant CHRISTHIAN GALARZA has failed to return to the Brooklyn RRC.

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant CHRISTHIAN GALARZA so that he may be dealt with according to law.

ELBA RAPALO
Deputy United States Marshal
United States Marshals Service

Sworn to me before this
17th day of June, 2014

THE HONORABLE VERA M. SCANLON
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK