MEF:MG
F. #2022R00690

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CHRISTHIAN GALARZA,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 1 7 2022  ★

BROOKLYN OFFICE

I N D I C T M E N T

CR 22 -          378

Cr. No.

(T. 18, U.S.C., §§ 751(a) and 3551 et
seq.)

KOVNER, J

MANN. M.J.

THE GRAND JURY CHARGES:

## ESCAPE FROM CUSTODY

On or about June 14, 2014, within the Eastern District of New York and

elsewhere, the defendant CHRISTHIAN GALARZA did knowingly and intentionally escape

from the custody of the United States Attorney General and his authorized representative, and

from an institution and facility in which he was confined by direction of the United States

Attorney General, which custody was by virtue of a conviction of one or more offenses, to wit:

Hobbs Act robbery conspiracy, in violation of Title 18, United States Code, Section 1951(a), and

2

using and carrying a firearm during and in relation to a crime of violence, in violation of Title 18,

United States Code, Section 924(c)(1)(A)(ii).

(Title 18, United States Code, Sections 751(a) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F.#: 2022R00690

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

CHRISTHIAN GALARZA,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 751(a) and 3551 et seq.)

*A true bill.*

_____ *Valerie Buckingham* _____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____

*Miranda Gonzalez, Assistant U.S. Attorney (718) 254-6183*